Dismissed and Memorandum Opinion filed July 5, 2007








Dismissed
and Memorandum Opinion filed July 5, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01123-CV

____________

 

RMN PARTNERS, INC., Appellant

 

V.

 

PATRICK J. RILEY, Appellee

 



 

On Appeal from the 127th District
Court

Harris County, Texas

Trial Court Cause No. 2006-67694

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 15, 2006.  On June 4, 2007, the
parties notified this court that they were in the process of finalizing an
agreement to settle the case.  Accordingly, we abated the appeal pending
completion of the settlement.  On June 19, 2007, appellant filed an unopposed
motion to dismiss the appeal because all issues have been resolved.  See
Tex. R. App. P. 42.1.  The motion
is granted.  We set aside our abatement order and reinstate the appeal.








The
appeal is ordered dismissed. 

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed July 5,
2007.

Panel consists of Chief Justice Hedges and Justices
Hudson and Guzman.